AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Luis Sanchez

APPEARANCE

CASE NUMBER: 1:08-MJ-03M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Luis Sanchez

I certify that I am admitted to practice in this court.

1/8/08

*Date*

*Signature*

Terence Livingston 4610

*Print Name* *Bar Number*

681 Smith ST

*Address*

Providence RI 02908

*City* *State* *Zip Code*

861-6121 274-5433

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.