AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA
V.
Lois Sanchez

## EXHIBIT AND WITNESS LIST

Case Number: 1:08-MJ-03M

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ Govt ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | Sandra Reckner | Terence [illegible] Livingston |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-17-08 | | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Jamie Schiffer |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.